UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
LYNNE SALUZZO; RUTH SCHALLER; LEAH  :
SIMPSON; EDNA SMURTHWAITE; JUDITH
SOUTHWELL; BERNARD SPARKMAN;        :
EDWARD SULLIVAN; DIANA SWEENEY;
EVELYN TAYLOR; DORIS TROTTER,       :

     Plaintiffs,                    :   Civil Action
v.                                  :   No. 04-11058-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-   :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,    :

     Defendants.                    :
------------------------------------- x

## NOTICE OF APPEARANCE

        Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 25, 2004                     Respectfully submitted,
      Boston, Massachusetts
                                             /s/Matthew J. Matule
                                             Matthew J. Matule (BBO #632075)
                                             SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                             One Beacon Street
Katherine Armstrong                        Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                      (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                             Indevus Pharmaceuticals, Inc.